458 A.2d 266

Smith v. Gibbs, Appellant.

Argued November 8, 1982. Daniel T. Zamos, for appellant; Jean Evelyn Graybill, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.